DION P. DURAN

Chuckawalla Valley State Prison

B3/14-2 up

P.O. Box 2349

Blythe, CA. 92226

In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DION P. DURAN, | Case 5:21-cv-01407-AB_AFM |
|---|---|
| Plaintiff, | |
| V. | Motion to Dismiss Pursuant |
| STAN SNIFF, et. al., | to Fed. R. of Civ. P. Rule |
| Defendant(s) | 41 (a) or (b) |

   Plaintiff wishes to dismiss this action in it's entirety, Pursuant to Federal Rules of Civil Proceedure Rule 41 (a) or (b).

   I, Dion P. Duran, hereby declare under the penalty of perjury under the laws of the United States of America, that I have read the foregoing stated herein and it is true and correct to the best of my knowledge and belief.

   Dated this 3rd day of March, 2022.          Respectfully Submitted,

                                               Dion P. Duran
                                               Dion P. Duran #BK3757