UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  5:21-cv-01407 AB (AFM)                                    Date: March 9, 2022

Title  Dion P. Duran v. Stan Sniff, et al.

---

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Notice of Dismissal (Filed March 7, 2022; ECF No. 29)**

      In his recent filing, Plaintiff has stated that he wishes to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a).  Accordingly, this action is dismissed without prejudice.  All dates and deadlines are vacated.

**Initials of Preparer**    : ib